**Order filed, May 16, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00288-CR

_____

**KENYATTA WESLEY FREDERICK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 413th Judicial District**
**Johnson County, Texas**
**Trial Court Cause No. F46217**

---

## ORDER

The reporter's record in this case was due **May 06, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Pam Waits**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM